UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY MORRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-02505-TWP-MJD |
| | ) |
| KROGER LIMITED PARTNERSHIP II | ) |
| d/b/a/ CROSSROAD FARM DAIRY | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The Court, having considered the *Joint Stipulation of Voluntary Dismissal with Prejudice* filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

Date: 3/17/2021

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

All counsel of record.